UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| DANIEL W. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) 4:22-CV-00009-DCLC-SKL |
| BUSY BEE FLOORING, LLC, and TERRY ALLISON, | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's Revised Motion for Default Judgment [Doc. 14]. For the reasons stated in the contemporaneously filed Memorandum Opinion and Order, Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART**. It is **ORDERED AND ADJUDGED** that Plaintiff Daniel W. Moore recover from Defendants Busy Bee Flooring, LLC and Terry Allison jointly and severally the sum of **$390,889.71** with interest as provided by law; *provided*, however, that Plaintiff's total recovery under this default judgment and the default judgment entered by this Court in Case No. 4:21-CV-00030 **SHALL NOT** exceed $390,889.71. Pursuant to Tenn. Code Ann. § 66-3-308, the Court **ORDERS** that Moore may levy execution on any assets fraudulently transferred from Tennessee limited liability company Buy Laminate Direct to Defendant Busy Bee, or on proceeds of those assets, subject to the limitations in Tenn. Code Ann. § 66-3-309 and other applicable law. The Clerk is **DIRECTED** to enter this default judgment and close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge