UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

DANIEL W. MOORE,

    Plaintiff/Petitioner,

v.

TERRY ALLISON, Individually, and/or d/b/a BUSY BEE FLOORING, LLC, and BUSY BEE FLOORING, LLC,

    Defendants/Respondents.

Case No. 4:22-CV-00009

Judge: U.S. District Court Judge Clifton L. Corker

Magistrate Judge Susan K. Lee

## APPLICATION FOR WRIT OF EXECUTION

The Plaintiff hereby makes application to the Clerk of court of the United States District Court to issue an execution in the above case to satisfy a judgment entered against the Defendant, BUSY BEE FLOORING, LLC, herein for $390,889.71 and costs of $ - . The balance of the judgment that remains unsatisfied after the Defendant is credited with payments heretofore made on said judgment is $390,889.71.

This 20th day of January 2023.

                                  Joseph W. Dickson, TN BPR #22763
                                  Grant Konvalinka & Harrison, P.C.
                                  Attorneys for Plaintiff/Judgment-Creditor

                                  Joseph W. Dickson
                                  (type of print attorney's name)

Sworn to and subscribed before me
this 20th day of January, 2023.

Notary Public
My Commission expires: 03/09/2026