# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| DANIEL W. MOORE, | ) |
| Plaintiff/Petitioner, | ) |
| | ) Case No. 4:22-CV-00009 |
| v. | ) |
| | ) U.S. District Court Judge Charles E. Atchley |
| TERRY ALLISON, Individually, and/or d/b/a BUSY BEE FLOORING, LLC, and BUSY BEE FLOORING, LLC, | ) Magistrate Judge Susan K. Lee |
| Defendants/Respondents. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL:

An application for a Writ of Execution against BUSY BEE FLOORING, LLC ("Busy Bee Flooring"), Defendant/Respondent, has been filed with this Court on January 20, 2023 [Doc. 34], and a Supplement to the Writ of Execution against Busy Bee Flooring has been filed with this Court on January 27, 2023 [Doc. 37], in order to satisfy an unpaid Judgment entered on November 30, 2022, in the United States District Court for the Eastern District of Tennessee for the amount of $390,889.71 [Docs. 31 and 32].

Busy Bee Flooring's last known address is 1802 North Jackson Street, Tullahoma, Tennessee 37388-8218. Busy Bee Flooring has not posted an appeal bond, nor has any stay of execution been entered in this matter.

NOW, THEREFORE, pursuant to authority of 28 U.S.C. §§ 1651, 3202 and 3203, Tenn.Code Ann. § 66-3-308, and the Court's Judgment Order, you are hereby commanded to satisfy the judgment by levying on the properties described hereafter in which Busy Bee Flooring

has a substantial nonexempt interest, and by execution upon the property described below which is in the possession, custody, or control of Busy Bee Flooring on May 26, 2023 and May 27, 2023:

Busy Bee Flooring
1802 North Jackson Street
Tullahoma, Tennessee 37388-8218

Busy Bee Flooring f/k/a Buy Laminate Direct
1831 Old Estill Springs Road
Tullahoma, Tennessee 37388

ANY AND ALL INVENTORY OF LAMINATE FLOORING
CASH TILL TAP ON HAND AT BUSY BEE FLOORING
ANY AND ALL FORKLIFT(S) AND/OR OTHER SIMILAR HEAVY MACHINERY AT BUSY BEE FLOORING

YOU ARE COMMANDED to collect your costs and expenses and make return of this Writ within ninety (90) days after the date of issuance if levy is not made, or, within ten (10) days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED to contract with an auction company for the sale of the property in order to maximize said sale, such sale shall proceed by standard procedures of the United States Marshals Service.

YOU ARE FURTHER COMMANDED that in the event that one or more of the LISTED PROPERTIES is located within the territorial boundaries of the United States District Court for the Eastern District of Tennessee, the U.S. Marshal or the Sheriff of any County in the United States District Court for the Eastern District of Tennessee where the LISTED PROPERTIES may be situated, or any duly authorized representative(s) of the same, is directed to seize the LISTED PROPERTIES by any and all legal means.

YOU ARE FURTHER COMMANDED that in the event that the LISTED PROPERTIES, or any portion of the LISTED PROPERTIES, is concealed in a building or elsewhere, and a demand made by the Marshal, Sheriff and/or its representative(s) for its delivery is refused or there is no response, then the Marshal or Sheriff shall cause the building or other enclosure to be broken open and shall take the LISTED PROPERTIES therefrom, or, alternatively, shall secure the building or other enclosure by any reasonable means including, without limitation, changing the locks of the building or other enclosure.

YOU ARE FURTHER COMMANDED to allow the Plaintiff/Petitioner, Daniel W. Moore ("Moore"), to credit bid up to the amount of Moore's judgment, which is stated above.

YOU ARE FURTHER COMMANDED to take any and all necessary actions, including but not limited to the use of reasonable force, to enter and remain on the premises where the property is located, which includes but is not limited to, the land, the buildings and any structures located thereon, and vehicles, for the purposes of executing this Order. The U.S. Marshal is further authorized and directed to arrest and/or evict from the premises any and all persons who obstruct, attempt to obstruct or interfere, in any way with the execution of this Order.

Date issued: 5.16.2023

LEANNA R. WILSON, Clerk

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DANIEL W. MOORE | 4:22-CV-00009 |
| DEFENDANT | TYPE OF PROCESS |
| BUSY BEE FLOORING, LLC | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Busy Bee Flooring, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1802 North Jackson Street, Tullahoma, Tennessee 37388

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Joseph W. Dickson, Esq.<br>Grant, Konvalinka & Harrison, P.C.<br>633 Chestnut Street, Suite 900<br>Chattanooga, TN 37450-0900 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Busy Bee Flooring f/k/a Buy Laminate Direct
1831 Old Estill Springs Road
Tullahoma, Tennessee 37388

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (423) 756-8400

DATE: 5/3/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Form USM-285
Rev. 03/21